

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-16-00485-CR

Salvador **ZARATE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 15-CRS-402
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

The clerk's record was due to be filed in this appeal on September 8, 2016. On September 8, 2016, the trial court clerk filed a notification of late record stating the clerk's record had not been filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

On September 9, 2016, appellant was ordered to provide written proof to this court by September 19, 2016 that either: (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.[1] The order stated if appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant did not respond to this court's order. Accordingly, by opinion and judgment dated September 28, 2016, this appeal was dismissed for want of prosecution. *See id.*

On September 30, 2016, appellant filed a motion to reinstate and a motion for leave to file a response to this court's September 9, 2016 order, stating this court's order was misplaced in his attorney's file through oversight. The motion to reinstate and motion for leave to file a response are GRANTED. This court's opinion and judgment dated September 28, 2016 are WITHDRAWN, and this appeal is REINSTATED on the docket of this court.

---

[1] The trial court's certificate of notice of appeal shows that appellant is represented on appeal by a retained attorney.

Appellant's response states that he filed an affidavit with his request for the preparation of the reporter's record in this appeal, stating he was unable to pay for the costs of the appellate record. A file-stamped copy of his request and affidavit are attached to the response. It is therefore ORDERED that this appeal is ABATED to the trial court for a hearing to determine whether the appellant is entitled to have the appellate record furnished without charge. *See* TEX. R. APP. P. 20.2. The trial court is ORDERED to conduct the hearing and enter a written order within two weeks from the date of this order, and the trial court clerk is ORDERED to file a supplemental clerk's record containing the trial court's order no later than twenty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court